FILED

02/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0712

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 23-0712

| | |
|---|---|
| PARROT DITCH CO., <br><br> Appellant and <br> Claimant/Objector, <br><br> v. <br><br> NORMAN ASHCRAFT JR.; <br> COURTNAY O. DUCHIN; <br> CHARLES M. MILLER; PATTY A. MILLER, <br><br> Appellees and Objectors, <br><br> RAFANELLI PARTNERS LLLP, <br><br> Notice of Intent to Appear. | **ORDER** |

Upon review and consideration of Appellant and Claimant/Objector Parrot Ditch Co.'s Unopposed Motion for Extension of Time, made pursuant to M.R.App.P. Rule 26(1), and for good cause appearing,

IT IS HEREBY ORDERED that Appellant and Claimant/Objector Parrot Ditch Co. is granted an extension of time to and including March 22, 2024, within which to prepare, file, and serve its Opening Brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 16 2024